PROB 12C
(6/16)

Report Date: February 10, 2021

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shafer Hepburn                    Case Number: 0980 2:17CR00241-RMP-1

Address of Offender:                                Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Virginia M. Covington-Hernandez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 22, 2010

| | | |
|---|---|---|
| Original Offense: | Distribute and Possess with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1), (b)(1)(c) | |
| Original Sentence: | Prison - 168 months<br>TSR - 72 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(June 22, 2011) | Prison - 120 months<br>TSR  - 72 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: November 17, 2017 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: November 16, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/15/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2:**  The defendant shall not commit another federal, state, or local crime.  Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year.  The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a control substance.<br><br>**Supporting Evidence**: It is alleged Mr. Hepburn violated his conditions of supervised release by using marijuana on or about December 7, 2020, and January 15 and 19, 2021.<br><br>On November 17, 2017, the undersigned officer reviewed Mr. Hepburn's conditions of supervision with him.  He signed his judgment acknowledging an understanding of his conditions of supervision. |

Prob12C
**Re: Hepburn, Shafer**
**February 10, 2021**
**Page 2**

On the above dates, Mr. Hepburn provided urine samples at Pioneer Human Services (PHS). The urine samples yielded a positive result for the presence of marijuana, and Alere Toxicology confirmed the presence of marijuana. On all three instances, Mr. Hepburn admitted to the use of marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/10/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/10/2021
Date