PROB 12C
(6/16)

Report Date: January 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shafer Hepburn                    Case Number: 0980 2:17CR00241-RMP-1

Address of Offender:                                Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Virginia M. Covington-Hernandez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 22, 2010

| | | |
|---|---|---|
| Original Offense: | Distribute and Possess with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1) & (b)(1)(c) | |
| Original Sentence: | Prison - 168 months<br>TSR - 72 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(June 22, 2011) | Prison - 120 months<br>TSR - 72 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: November 17, 2017 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: November 16, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/15/2020, 02/10/2021, 02/25/2021, and 05/04/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2:** The defendant shall not commit another federal, state, or local crime.  Based on the probation officer's determination that additional drug urinalysis is neccessary, the Court authorizes random drug testing not to exceed 104 tests per year.  The Defendant shall not illegally possess controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance. |

**Supporting Evidence**: It is alleged that Mr. Hepburn violated his conditions of supervised release by using marijuana on December 21, 22, and 24, 2021.

On November 17, 2017, the undersigned officer reviewed Mr. Hepburn's conditions of supervision with him.  He signed his judgment acknowledging an understanding of his conditions of supervision.

On December 29, 2021, Mr. Hepburn failed to appear for random urinalysis testing.  On January 6, 2022, the undersigned contacted Mr. Hepburn in an effort to schedule Mr.

Prob12C
Re: Hepburn, Shafer
January 6, 2022
Page 2

Hepburn to make up said urinalysis test. Mr. Hepburn disclosed he had relapsed on marijuana, and stated he consumed marijuana on or about December 21, 22, and 24, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/06/2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

1/6/2022

Date