PROB 12C
(6/16)

Report Date: February 8, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shafer Hepburn                     Case Number: 0980 2:17CR00241-RMP-1

Address of Offender:                                 Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Virginia M. Covington-Hernandez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 22, 2010

| | | |
|---|---|---|
| Original Offense: | Distribute and Possess with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1) & 841(b)(1)(C) | |
| Original Sentence: | Prison - 168 months; TSR - 72 months | Type of Supervision: Supervised Release |
| Amended Sentence: (June 22, 2011) | Prison - 120 months; TSR - 72 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: November 17, 2017 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: November 16, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/05/2020, 02/10/2021, 02/25/2021, 05/04/2021, and 01/06/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #6:** The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment |

**Supporting Evidence:** It is alleged that Mr. Hepburn violated his conditions of supervised release by failing to notify the undersigned officer of a change in residence since approximately January 24, 2022.

On November 17, 2017, the undersigned officer reviewed Mr. Hepburn's conditions of supervision with him. He signed his judgment acknowledging an understanding of his conditions of supervision, which included standard condition number 6, requiring him to inform the supervising officer if he changes his residence.

On February 4 and 7, 2022, the undersigned officer had a conversation with the property manager of the Lincoln House, Mr. Hepburn's address of record. He advised that Mr.

Prob12C
Re: Hepburn, Shafer
February 8, 2022
Page 2

            Hepburn had not been staying at the residence and in fact advised it had been approximately 2 weeks since Mr. Hepburn had stayed at the residence. Mr. Hepburn was confronted about his living situation, in which he advised he has been staying back at his estranged wife's home, which was also confirmed by her. Mr. Hepburn not only failed to communicate this with the property manager, but also failed to communicate this with the undersigned officer.

8      **Mandatory Condition #2:** The defendant shall not commit another federal, state, or local crime. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year. The Defendant shall not illegally possess controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

       **Supporting Evidence**: It is alleged that Mr. Hepburn violated his conditions of supervised release by failing to submit to urinalysis testing as directed on January 28, 2022.

       On November 17, 2017, the undersigned officer reviewed Mr. Hepburn's conditions of supervision with him. He signed his judgment acknowledging an understanding of his conditions of supervision, which included mandatory condition number 2, requiring him to submit to urinalysis testing.

       On January 28, 2022, the color of the day for urinalysis testing at Pioneer Human Services was green, Mr. Hepburn's assigned color for urinalysis testing. Per the roster provided by Pioneer Human Services, Mr. Hepburn failed to appear for urinalysis testing as directed.

9      **Mandatory Condition #2:** The defendant shall not commit another federal, state, or local crime. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year. The Defendant shall not illegally possess controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

       **Supporting Evidence**: It is alleged that Mr. Hepburn violated his conditions of supervised release by using marijuana on or around February 4, 2022.

       On November 17, 2017, the undersigned officer reviewed Mr. Hepburn's conditions of supervision with him. He signed his judgment acknowledging an understanding of his conditions of supervision, which included mandatory condition number 2, requiring him to submit to urinalysis testing and refrain from the use of controlled substances.

       Due to Mr. Hepburn failing to report for urinalysis testing on January 28, 2022, the undersigned officer directed him to report for testing on February 4, 2022. He provided a urinalysis test at Pioneer Human Services and the specimen tested presumptive positive for marijuana. The sample was sent to the national lab for further testing. When questioned about the positive test, Mr. Hepburn denied using marijuana and claimed it was residual use from his last reported use on or around December 24, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Hepburn, Shafer
February 8, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 8, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

2/9/2022

Date