PROB 12A
(6/16)

# United States District Court

for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Shafer Hepburn | Case Number: 0980 2:17CR00241-RMP-1 |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: June 22, 2010 | Type of Supervision: Supervised Release |
| Original Offense: Distribute and Possess with Intent to Distribute, cocaine base, 21 U.S.C. § 841 (a)(1) and (b)(1)(c) | Date Supervision Commenced: October 14, 2022 |
| Original Sentence: Prison 168 months            TSR - 72 months | Date Supervision Expires: October 13, 2024 |
| Revocation Sentence: Prison - 8 months (March 29, 2022)        TSR - 24 months | |

### NONCOMPLIANCE SUMMARY

On October 18, 2022, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 3 by leaving the federal judicial district without the permission of the probation officer on or about July 30, 2023.<br><br>On August 1, 2023, this officer contacted an employer for whom the offender was proposing to work. The employer informed the probation officer that Mr. Hepburn traveled to the Western District of Washington on July 30, 2023, to work at one of their job sites.<br><br>The offender did not have approval from the probation officer to travel to the Western District of Washington. |
| 2 | **Standard Condition #4**: You must be truthful when responding to the questions asked by the probation officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 4 by failing to be truthful with the probation officer regarding his travel to the Western District of Washington. |

Prob12A
**Re: Hepburn, Shafer**
**August 9, 2023**
**Page 2**

When confronted by the probation officer regarding his unauthorized travel, the offender adamantly denied such and was insistent that he was scheduled to work, but never traveled out of the district. He was given several opportunities to be truthful with the probation officer; however, he continued to deny that he left the Eastern District of Washington.

On August 7, 2023, this officer contacted the offender to advise the Court was going to be notified of his noncompliant behavior. At that time, he reluctantly admitted that he had in fact traveled to the Western District of Washington on July 30, 2023.

**U.S. Probation Officer Action**:

The offender was reprimanded for leaving the judicial district without this officer's permission, as well as his failure to be truthful with the undersigned. He apologized and agreed to be forthcoming with the probation officer in the future.

Mr. Hepburn currently resides with family members in Spokane Valley, Washington, and recently reported that he secured new employment.

At this time, the probation officer recommends that the Court take no action. If Your Honor requires a different course of action or a court appearance by the offender, please contact the undersigned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: August 9, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

8/10/2023
Date