PROB 12C
(6/16)

Report Date: June 28, 2024

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shafer Hepburn           Case Number: 0980 2:17CR00241-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 22, 2010

| | |
|---|---|
| Original Offense: | Distribute and Possess with Intent to Distribute, Cocaine Base, 21 U.S.C. § 841(a)(1), and (b)(1)(c) Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1) |
| Original Sentence: | Prison - 168 months    Type of Supervision: Supervised Release
TSR - 72 months |
| Revocation Sentence: (March 28, 2022) | Prison - 8 months
TSR - 24 months |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter    Date Supervision Commenced: October 14, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs    Date Supervision Expires: October 13, 2024 |

### PETITIONING THE COURT

To issue a summons.

On October 18, 2022, the probation officer reviewed the conditions of supervised release with the offender and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, marijuana, on or about May 24, 2024.

On May 24, 2024, the offender submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for marijuana. At that time, Mr. Hepburn signed a denial form indicating he had not used said substance. |

Prob12C
Re: Hepburn, Shafer
June 28, 2024
Page 2

The urine specimen was thereafter sent to the national laboratory for further testing and it was confirmed positive for marijuana.

Based on Mr. Hepburn's denial of use, the probation officer requested an interpretation report to determine if the above-referenced urinalysis test was due to new use. According to Alere Toxicology Services, the aforementioned positive drug test was determined to be new use.

2    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, marijuana, on or about May 30, 2024.

On May 30, 2024, the offender submitted a urine specimen at PHS that was presumptive positive for marijuana. At that time, Mr. Hepburn signed a denial form indicating he had not used said substance.

The urine specimen was thereafter sent to the national laboratory for further testing and it was confirmed positive for marijuana.

Based on Mr. Hepburn's denial of use, the probation officer requested an interpretation report to determine if the above-referenced urinalysis test was due to new use. According to Alere Toxicology Services, the aforementioned positive drug test was determined to be new use.

3    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, marijuana, on or about June 12, 2024.

On June 12, 2024, the offender submitted a urine specimen at PHS that was presumptive positive for marijuana. At that time, Mr. Hepburn signed an admission form acknowledging use of said substance. When later questioned by this officer, he denied that he had reused marijuana.

Based on Mr. Hepburn's denial of use, the probation officer requested an interpretation report to determine if the above-referenced urinalysis test was due to new use. According to Alere Toxicology Services, the aforementioned positive drug test was determined to be new use.

4    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Hepburn, Shafer**
**June 28, 2024**
Page 3

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, marijuana, on or about June 21, 2024.

On June 25, 2024, Mr. Hepburn reported to the U.S. Probation Office to discuss changes in his employment and housing situation. At that time, he admitted to ingesting marijuana on or about June 21, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 28, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

July 3, 2024
Date