PROB 12C  
(6/16)

Report Date: July 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shafer Hepburn | Case Number: 0980 2:17CR00241-TOR-1 |

Address of Offender: ███████ th ███████, Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 22, 2010

| | | |
|---|---|---|
| Original Offense: | Distribute and Possess with Intent to Distribute, Cocaine Base, 21 U.S.C. § 841(a)(1), and (b)(1)(c); Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1) | |
| Original Sentence: | Prison - 168 months<br>TSR - 72 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 28, 2022) | Prison - 8 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: October 14, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: October 13, 2024 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/28/2024.

On October 18, 2022, the probation officer reviewed the conditions of supervised release with the offender and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Fourth Degree Assault, in violation of R.C.W. 9A.36.041.2, on or about May 6, 2024.<br><br>On May 16, 2024, Mr. Hepburn was charged with fourth degree assault in Cheney Municipal Court, case number PC24-0462. He appeared for his arraignment on June 20, 2024, at which time probable cause was found to charge him with said offense and he was released on his own recognizance. |

Prob12C
Re: Hepburn, Shafer
July 22, 2024
Page 2

It should be noted, the probation officer did not become aware of this new law violation until July 16, 2024. Shortly thereafter, the police report regarding the incident was received.

According to the Cheney Police Department incident report, on or about May 6, 2024, officers were dispatched to the parking lot of Ace Hardware in Cheney, Washington, due to a report of a fight in progress. Dispatch reported that there were three males and one female fighting on the ground.

When law enforcement arrived, the involved parties had dispersed and a traffic stop was conducted on a vehicle that was reportedly involved in the incident. The officer made contact with the two occupants inside the vehicle. One of the occupants indicated he was the victim of the assault that had taken place earlier in the Ace Hardware parking lot. He explained that he went to the parking lot with his father to meet up with his ex-girlfriend to give her back her belongings. When he arrived at the parking lot, his ex-girlfriend's mother and her husband, Mr. Hepburn, were there instead. He stated that he and Mr. Hepburn began yelling at each other and Mr. Hepburn subsequently attacked him. Eventually, both parties separated and left.

The responding officer observed minor scratches and abrasions on the victim's left ear, the back of his neck, his knees, back and chest. Law enforcement attempted to contact the offender and his wife via telephone, but neither of them answered. Messages were left on their phones asking them to call the officer back.

On May 7, 2024, an officer received a call from the offender's wife. She confirmed she was present for the altercation that occurred the previous day. She claimed the fight started when the victim began spouting racial slurs; however, she was not able to provide details about who started the fight. She was told to have the offender contact the Cheney Police Department to provide a statement. It does not appear that Mr. Hepburn ever returned the officer's call.

Given the injuries on the victim, the witness accounts and the offender failing to contact the officer to provide a statement, probable cause was found to charge Mr. Hepburn with fourth degree assault. It appears a citation for the pending assault charge was sent to Mr. Hepburn's residence.

As of this writing, the offender has failed to inform the probation officer about his pending new law volation.

6   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on June 28, 2024.

The probation officer received email correspondence from PHS advising that Mr. Hepburn failed to report for urinalysis testing on June 28, 2024.

Prob12C
Re: Hepburn, Shafer
July 22, 2024
Page 3

| | |
|---|---|
| 7 | **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 13, by failing to contact the probation officer on July 19, 2024, as instructed.

On July 19, 2024, this officer attempted to contact Mr. Hepburn to discuss his new law violation. A text and voicemail message were left for him instructing him to contact the probation officer via telephone on July 19, 2024, by 4 p.m.

Mr. Hepburn failed to contact the probation officer as instructed.

| | |
|---|---|
| 8 | **Special Condition #4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 4, by failing to attend a scheduled substance abuse treatment appointments at PHS on July 3,10 and 19, 2024.

The probation officer received email correspondence from PHS indicating the offender failed to attend his scheduled individual substance abuse treatment sessions on July 3 and 10, 2024. He also failed to attend a scheduled appointment for an assessment update on July 19, 2024.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 22, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Hepburn, Shafer
July 22, 2024
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

July 22, 2024
Date