PROB 12C
(6/16)

Report Date: October 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shafer Hepburn                                 Case Number: 0980 2:17CR00241-TOR-1

Address of Offender: ███████████████  Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Virginia M. Hernandez Covington, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 22, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Distribute and Possess with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1), (b)(1)(c); Felon in Possession of a Firearm, 18 U.S.C.§ 922(g)(1) | | |
| Original Sentence: | Prison - 168 months<br>TSR - 72 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(March 28, 2022) | Prison - 8 months<br>TSR - 24 months | | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | October 14, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | October 13, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/28/2024, 07/22/2024, 08/08/2024, and 08/27/2024.

On October 18, 2022, the probation officer reviewed the conditions of supervised release with the offender and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 16 | **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, marijuana, on or about August 26, 2024.<br><br>On August 27, 2024, Mr. Hepburn submitted a urine specimen at the U.S. Probation Office that was presumptive positive for marijuana. When questioned by the probation officer, he denied new use of marijuana. |

Prob12C
**Re: Hepburn, Shafer**
**October 4, 2024**
**Page 2**

|    |    |
|----|----|
|    | During a scheduled home inspection on August 29, 2024, Mr. Hepburn admitted using marijuana on or about August 26, 2024. |
| 17 | **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer. |

**Supporting Evidence:** The offender is alleged to have violated standard condition number 3, by being untruthful with the probation officer on or about August 29, 2024.

On August 29, 2024, this officer conducted a home inspection at the offender's new residence. At that time, the probation officer inquired about the female he was residing with and the offender stated she was his girlfriend. The undersigned later discovered that this female is the offender's stepdaughter, not his girlfriend. When confronted with this information, Mr. Hepburn stated that he did not disclose that the female was his stepdaughter because he did not think his residence would be approved if that information was known.

18   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, marijuana, on or about September 20, 2024.

On September 20, 2024, the offender submitted a urine specimen at Pioneer Human Services that was presumptive positive for marijuana. When questioned by the probation officer, he denied new marijuana use. The urine specimen was thereafter sent to the national laboratory for further testing and it was confirmed positive for marijuana.

Based on Mr. Hepburn's denial of use, the probation officer requested an interpretation report to determine if the above-referenced urinalysis test was due to new marijuana use. According to Alere Toxicology Services, the aforementioned drug test was determined to be new use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 4, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Hepburn, Shafer
October 4, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violation(s) pending before the Court
[X]  Defendant to appear before the Judge assigned to the case
[ ]  Defendant to appear before the Magistrate Judge
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

October 4, 2024
Date